UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 13-20560

v.

                          HONORABLE ROBERT H. CLELAND

CELSO ORTIZ-CARREON,

        Defendant.
                                        /

## **ORDER**

This Court understanding Defendant's need for the assistance of a translator, and being fully aware of the refusal of the Wayne County Jail to allow experts into their facilities without a Court Order;

**IT IS HEREBY ORDERED** that Sara Pallero-Luiso, a Spanish language interpreter, **or another interpreter from Pallero Translations**, be allowed into the Wayne County Jail to assist in the communication of Defendant and her attorney.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: August 28, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 28, 2013, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522